JOHN RHODES
Assistant Federal Defender
Federal Defenders of Montana
Missoula Branch Office
125 Bank Street, Suite 710
Missoula, MT 59802
Phone: (406) 721-6749
Fax:  (406) 721-7751
Email: john_rhodes@fd.org

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE BROCK GRUBB,<br><br>Defendant. | CR 18-23-BU-DLC<br><br>**NOTICE OF FILING LETTERS IN AID OF DETENTION HEARING** |

JAMIE BROCK GRUBB, the above-named Defendant, by and through Defendant's counsel of record, the FEDERAL DEFENDERS OF MONTANA and JOHN RHODES, Assistant Federal Defender, hereby submits the attached letters of Gary Jacobs, Cindy Newell, Patricia Hagenlock, Brandi Johnson, Erik Grosvold, Jesse Horner, and Rex Leipheimer as relevant to the issue of detention in this matter.

Dated this 11th day of October, 2018.

                                       JAMIE BROCK GRUBB

                By:   /s/ *John Rhodes*
                             JOHN RHODES
                             Assistant Federal Defender
                             Federal Defenders of Montana
                                   Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2018, a copy of the foregoing document was served on the following persons by the following means:

<u> 1, 2 </u>  CM-ECF

<u>    </u>   Hand Delivery

<u> 3   </u>  Mail

<u>    </u>   Overnight Delivery Service

<u>    </u>   Fax

<u>    </u>   E-Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. CYNDEE L. PETERSON
   Assistant United States Attorney
   Counsel for the United States of America

3. JAMIE BROCK GRUBB
   Defendant

By: <u>/s/ *John Rhodes*</u>
JOHN RHODES
Assistant Federal Defender
Federal Defenders of Montana
Counsel for Defendant
