To the Honorable Jeremiah C. Lynch,

I am Gary Jacobs, I run the Commercial Sales Program for AutoZone and before that I ran the Avis Rental Car at the Bozeman International Airport where Jamie was my Assistant Manager. Jamie was a great assistant, I would say the best one I have had to date. He is extremely likeable and reliable. I absolutely DO NOT believe that Jamie Grubb is in anyway a danger to society and should be released from jail while his case is being processed. If any addition information or questions need answered please feel free to contact me at 406-539-9873.

Thank you for your time,

Jacobs, Gary D.