IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 18–23–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JAMIE BROCK GRUBB, | |
| Defendant. | |

This matter comes before the Court on the United States' motion for a preliminary order of forfeiture (Doc. 38). Defendant Jamie Brock Grubb appeared before the Court on January 29, 2019, and entered a plea of guilty to Counts II, III, IV, V, VI, VII, VIII, IX, X, and XI of the Indictment filed in this matter. The Defendant's plea provides a factual basis and cause to issue a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 2253(a).

IT IS ORDERED:

THAT Defendant Jamie Brock Grubb's interest in the following property is forfeited to the United States, in accordance with 18 U.S.C. § 2253(a):

- a Samsung Galaxy S7 Edge SM-G935V smartphone, bearing serial number 358166070889644.

THAT the Department of Homeland Security shall, prior to disposition of the assets, seize the property subject to forfeiture and further make its return to this Court as provided by law;

THAT the United States shall provide written notice to all third-parties asserting a legal interest in any of the above-described property and shall post on an official government internet site http://www.forfeiture.gov for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 8th day of February, 2019.

Dana L. Christensen, Chief Judge
United States District Court