IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

FILED
APR 22 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| UNITED STATES OF AMERICA, | CR 18–23–BU–DLC |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| JAMIE BROCK GRUBB, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 2253(a);

2. A Preliminary Order of Forfeiture was entered on February 8, 2019;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears to be cause to issue a forfeiture order under 18 U.S.C. § 2253(a);

1

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a), free from the claims of any other party:

- a Samsung Galaxy S7 Edge SM-G935V smartphone, bearing serial number 358166070889644;

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 22nd day of April, 2019.

_____
Dana L. Christensen, Chief Judge
United States District Court