IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED
MAY 10 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–23–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| JAMIE BROCK GRUBB, | |
| Defendant. | |

Before the Court is Defendant's Unopposed Motion to File Additional Letter Sentencing Letter (Doc. 48). It appears as though Defendant received the subject letter after the deadline for submission of letters in support. (Doc. 48 at 1.) Accordingly,

IT IS ORDERED that Defendant's Motion (Doc. 48) is GRANTED. Defendant shall file his additional letter in support no later than May 13, 2019.

DATED this 10th day of May, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-